**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128721

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Watson Music Group LLC,<br><br>Plaintiff,<br><br>v.<br><br>Unreale Promotions Inc.,<br><br>Defendant. | Case No. 8:23-cv-02091-PA-ADS<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(b)(2)**<br><br>Magistrate Judge: Hon. Percy Anderson<br><br>Date:     March 18, 2024<br>Time:    1:30 pm<br>Location:<br>          Courtroom 9A<br>          350 W. 1st Street<br>          Los Angeles, California 90012 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

YOU ARE HEREBY NOTIFIED THAT at 1:30 pm on March 18, 2024, or as soon thereafter as the matter may be heard, before the Honorable Percy Anderson, of the United States District Court for the Central District of California, in

Courtroom 9A, 350 W. 1st Street, Los Angeles, California 90012, Plaintiff Watson Music Group LLC ("Plaintiff") will and hereby does move this Court for a default judgment against Defendant Unreale Promotions Inc. Said motion will be made upon the grounds set forth in the accompanying Memorandum in Support of Plaintiff's Motion for a default judgment, the Declaration of Jacqueline Mandel dated February 12, 2024, the Declaration of Mark Watson dated February 12, 2024, and the complete files and records of this action.

## CONFERENCE OF COUNSEL

There has been no conference of counsel prior to making this motion, insofar as Defendant failed to timely appear, the Clerk entered a notation of Default against Defendant. In other words, there is no adverse party recognized by the Court with whom a conference could have been conducted.

DATED: February 12, 2024

**SANDERS LAW GROUP**

By:   */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128721

*Attorneys for Plaintiff*

Case No. 8:23-cv-02091-PA-ADS            - 2 -
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. PRO. 55(B)(2)

## CERTIFICATE OF SERVICE

Case Name: Watson Music Group LLC v. Unreale Promotions Inc.
Case No.: 8:23-cv-02091-PA-ADS

**IT IS HEREBY CERTIFIED THAT:**

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States, and am over 18 years of age. My business address is 333 Earle Ovington Boulevard, Suite 402, Uniondale, New York 11553. I am not a party to this action. I have caused service of the following documents, described as:

**PLAINTIFF'S NOTICE OF MOTION AND MOTION
FOR DEFAULT JUDGMENT**

on the following parties by USPS mail on February 12, 2024 at:

    Unreale Promotions Inc.
    1303 Calle Avanzado
    San Clemente, California 92673

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: February 12, 2024

                        */s/ Jacqueline Mandel*
                        Jaqueline Mandel, Esq. (317119)