**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.goup
File No.: 128721

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Watson Music Group LLC, | Case No. 8:23-cv-02091-PA-ADS |
| Plaintiff, | **DECLARATION OF MARK WATSON IN SUPPORT OF PLAINITFF'S MOTION FOR DEFAULT JUDGMENT** |
| v. | |
| Unreale Promotions Inc., | |
| Defendant. | |



Mark Watson, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury, as follows:

1.      I am the company representative of Watson Music Group LLC, Plaintiff in this action. As such, I have personal knowledge of the facts set forth in this Declaration and would testify as to them in a court of law if required to do so.

2.      I submit the instant Declaration in support of our motion for a Default Judgment to be entered against Unreale Promotions Inc. ("*Defendant*").

3.      On December 1, 1996, Jay McGown, Nathaniel Orange p/k/a

Lemonhead, and Van Bryant p/k/a 69 Boyz authored a musical work titled "Space Jam" (the "*Musical Work*").

4.    The Musical Work is five minutes and five seconds long or three hundred and five seconds.

5.    The Musical Work was registered with the United States Copyright Office on May 1, 1997 under Registration No. PA 844-835. *See Exhibit 1 attached hereto.*

6.    Watson Music Group LLC acquired all rights to the Musical Work by way of written assignment on July 30, 2019.

7.    Defendant owns and operates a social media account on facebook.com under @ebodyboarding and a social media account on Instagram.com under @ebodyboarding (hereinafter the "*Accounts*").

8.    On or about April 13, 2016, Defendant posted a seventeen second excerpt of the Muscal Work on its Facebook account at URL: https://www.facebook.com/watch/?v=10154095759313703.

9.    On or about April 13, 2016, Defendant posted a seventeen second excerpt of the Muscal Work on its Instagram account at URL: https://www.instagram.com/p/BEI8XjDREoW/.

10.   We discovered these infringements on June 20, 2023.

11.   We did not give permission or authorization to Defendant to copy, store and/or display our copyright protected Musical Work.

12.   The Infringements are exact copies of a discernable portion of our Musical Work that was copied and/or made available by Defendant for public performance on the Accounts.

13.   Upon information and belief, the Musical Work was willfully and volitionally posted to the Accounts by Defendant.

14.   Upon information and belief, the Infringements increased traffic to the

Case No. 8:23-cv-02091-PA-ADS                 - 2 -

DECLARATION OF PLAINTIFF MARK WATSON

Accounts and, in turn, caused Defendant to realize an increase in the applicable revenues generated by its services.

15. Upon information and belief, Defendant has received a financial benefit directly attributable to the Infringements.

16. As a result of Defendant's misconduct, we have been substantially harmed.

17. We have also been substantially disadvantaged by Defendant's default in this case, as we have no information to establish the profits Defendant earned which are attributable or related to its theft and use of our Musical Work. As a result, we are constrained to asking this Court for an award of statutory damages.

18. This Musical Work is highly sought after due to its popularity.

19. Here, Defendant published seventeen seconds of the most recognizable portion of our Musical Work for a term of approximately seven years on two separate social media platforms (two separate infringements).

20. As such, we would have licensed the Musical Work to Defendant for $2,500.

21. As Defendant's infringement was willful, we respectfully request that the Court award an amount higher than a straight licensing fee, a five time multiplier, as a deterrent to Defendant and others who would steal our Musical Work upon the belief that they would be required to pay nothing more than the licensing fee, but if and only if they are caught.

22. We are requesting a statutory damage award in the amount of $25,000 (a $2,500 license for each of the two usages with a five time multiplier).

23. I declare under penalty of perjury of the laws of the State of California and of the United States of America that I have read this Declaration and that the foregoing is true and correct.

Case No. 8:23-cv-02091-PA-ADS                - 3 -

DECLARATION OF PLAINTIFF MARK WATSON

[SIGNATURE TO FOLLOW]

Executed this 12 day of February 2024

*Mark Watson*

Mark Watson

DECLARATION OF PLAINTIFF MARK WATSON

**DECLARATION OF MARK WATSON**
**EXHIBIT 1 – REGISTRATION CERTIFICATE**

DECLARATION OF PLAINTIFF MARK WATSON

Additional Certificate (17 U.S.C. 706)

**Certificate of Registration**

FORM PA
For a Work of the Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

PA 844-835

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

EFFECTIVE DATE OF REGISTRATION

5 / 1 / 97
Month / Day / Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼
370437 "SPACE JAM"    AS CONTAINED ON THE SPACE JAM OST   ATLANTIC RECORDS 82961

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions
WORDS AND MUSIC

**2** NAME OF AUTHOR ▼
a  JAY MCGOWAN

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

NOTE
Under the law, the "author" of a

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

b  NAME OF AUTHOR ▼
NATHANIEL ORANGE (PKA LEMONHEAD)

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

c  NAME OF AUTHOR ▼
VANN BRYANT (PKA 69 BOYZ)

DATES OF BIRTH AND DEATH
Year Born ▼  Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶_____
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
WORDS AND MUSIC

**3** a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
This information must be given in all cases.
1996 ◀ Year

b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ NOVEMBER  Day ▶ 12  Year ▶ 1996
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
QUADRASOUND MUSIC, WARNER-TAMERLANE PUB. CORP.
10585 SANTA MONICA BLVD. LA CA 90025

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
BY ASSIGNMENT

APPLICATION RECEIVED
MAY 01 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

---

Case No. 8:23-cv-02091-PA-ADS

DECLARATION OF PLAINTIFF MARK WATSON

EXAMINED BY

CHECKED BY

FORM PA

CORRESPONDENCE
☐ Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box)
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give:  Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**7**

WARNER BROS. MUSIC          DA 063649

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

COPYRIGHT DEPT.
WARNER/CHAPPELL MUSIC, INC.
10585 SANTA MONICA BLVD.
LOS ANGELES, CA 90025

Be sure to give your daytime phone number.

Area Code & Telephone Number ▶  (310) 441-8600

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of   WARNER-TAMERLANE PUB. CORP.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼   If this application gives a date of publication in space 3, do not sign and submit it before that date.

DIANA DIETRICH          date ▶   2-28-97

Handwritten signature (X) ▼

MAIL CERTIFI-CATE TO

Name ▼
WARNER/CHAPPELL MUSIC, INC. - ATTN. COPYRIGHT DEPT.

Number/Street/Apartment Number ▼
10585 SANTA MONICA BLVD.

City/State/ZIP ▼
LOS ANGELES, CA 90025

Certificate will be mailed in window envelope

**9**

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

This form was electronically produced by Elite Federal Forms, Inc.

Case No. 8:23-cv-02091-PA-ADS

DECLARATION OF PLAINTIFF MARK WATSON