**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128721

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Watson Music Group LLC,<br><br>Plaintiff,<br><br>v.<br><br>Unreale Promotions Inc.,<br><br>Defendant. | Case No. 8:23-cv-02091-PA-ADS<br><br>**DECLARATION OF JACQUELINE MANDEL, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

JACQUELINE MANDEL, ESQ., pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury, as follows:

1.    I am an attorney duly admitted to practice law before this Court and I am an associate attorney of Sanders Law Group, attorneys for the Plaintiff in this action. As such, I have personal knowledge of all facts and circumstances upon which this Declaration is based, except for those facts and circumstances set forth upon information and belief and, as to those facts, I believe them to be true, based upon conversations with my client, review of my file, and my personal involvement

Case No. 8:23-cv-02091-PA-ADS                    - 1 -

MANDEL DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

in this case.

2.      I submit this Declaration in support of Plaintiff's motion for a default judgment against defendant Unreale Promotions Inc. ("*Defendant*").

**Local Rule 55-1 Statement**

3.      Plaintiff brings this motion for a default judgment against Defendant, by reason of the fact that Defendant defaulted in appearing in this action and that the facts set forth in the Complaint are sufficient to warrant judgment as a matter of law. In support thereof, I state as follows:

a. **When and against what party the default was entered**: Plaintiff filed a request for the Clerk to enter a certificate of default as against Defendant on January 10, 2024. (*Dkt. No*. 12, *et seq*.). The Clerk entered the requested notation of default against Defendant on January 10, 2024. (*Dkt. No*. 13);

b. **Identification of the pleading to which default was entered**: Default was entered as to the Complaint filed against Defendant. (*Dkt. No*. 1, *et seq*.). The facts concerning service of the Complaint are set forth more fully in my Declaration filed in support of the request for entry of Default (*Dkt. No*. 12) and the proof(s) of service of the Complaint have been filed with the Court (*Dkt. No*. 8);

c. **Whether the defaulting party is an infant or incompetent person, and if so, whether that person is represented by a general guardian, committee, conservator or other representative**: Defendant is not an infant or incompetent person. Instead, Defendant is a California corporation;

d. **That the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply**: The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) does not apply; and

e. **That notice has been served on the defaulting party, if required by F.R.Civ.P. 55(b)(2)**: Although not required under FRCP 55(b)(2), proof of service by mail on Defendant is annexed to the accompanying Notice of Motion.

**Statement in Support of Award of Costs**

4. In his motion for a default judgment, Plaintiff seeks an award of: (i) statutory damages in the amount of $25,000; (ii) attorneys' fees in the amount of $2,100 pursuant to Civ. L.R. 55-3; and (iii) costs pursuant to 17 U.S.C. § 505.

5. Plaintiff's demand for costs consists of a demand for $402.00, paid as the filing fee in this action, as well as the sum of $92, representing the fee for service of the summons and complaint.

6. In support of Plaintiff's demand for recovery of the filing fee, it is respectfully submitted that the Court may take judicial notice of the fact that Plaintiff paid the sum of $402.00 as a filing fee in this action (pursuant to Fed. R. Evid. 201 (c)(1), the Court may take judicial notice of Court records).

7. In support of Plaintiff's demand for recovery of the process server fees, attached hereto as *Exhibit 1* is the invoice received from the process server engaged in this action.

8. I swear that the foregoing is true and correct under penalty of perjury pursuant to the laws of the State of California and of the United States of America.

DATED: February 12, 2024

_/s/ Jacqueline Mandel_
Jacqueline Mandel, Esq. (Cal Bar 317119)

**EXHIBIT 1**

Pacific Coast Legal Services, Inc.
31 N 2nd St Ste 200
San Jose, CA  95113 US
408 291-5000
krista@pacificcoastlegal.com

 Invoice



| BILL TO |
|---|
| Sanders Law Group |
| 333 Earle Ovington Blvd Ste 402 |
| Uniondale, NY 11553 |
| Attn: Jason Rosenthal |
| Billing Code: WATSON MUSIC |
| GROUP etc. v. UNREALE |
| PROMOTIONS, INC |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 8582066 | 11/15/2023 | $92.00 | 12/15/2023 | Net 30 | |

P.O. NUMBER
146261

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Service of Process, Standard, Remote Area | Service of Process, Standard, Remote Area Personally Served/Agent, 11/14/2023, Ricardo Romero, Accountant , Morey Cpa  Associates, Inc., Agent For Service Of Process PARTY TO SERVE: Unreale Promotions, Inc. (Registered Agent: co 505 Corporation Morey CPA Associates, Inc.) 665 Camino De Los Mares suite 306, San Clemente, CA 92673 Summons Complaint Notice To Counsel Statement Of Consent To Proceed  Before A United States Magistrate Judge | 1 | 92.00 | 92.00 |

BILLING CODE: WATSON MUSIC GROUP etc. v. UNREALE PROMOTIONS, INC
CASE #: 823-cv-02091-DFM
CASE NAME: WATSON MUSIC GROUP, LLC. DBA QUADRASOUND MUSIC v. UNREALE PROMOTIONS, INC.

**BALANCE DUE**     **$92.00**

MANDEL DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT