JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WATSON MUSIC GROUP, | CV 23-2091 PA (ADSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNREAL PROMOTIONS, INC., | |
| Defendant. | |

Pursuant to this Court's March 4, 2024 Minute Order granting the Motion for Default Judgment filed by plaintiff Watson Music Group LLC ("Plaintiff") against defendant Unreal Promotions Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.   Plaintiff shall recover from Defendant the amount of $6,194 (consisting of $5,000 in statutory Copyright damages, $700 in attorneys' fees, and $494 in costs); and

3.   Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment.

DATED: March 4, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE